## *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

**CORRECTED**
November 19, 2015

Mr. Jack B. Peacock Jr.
Gagnon, Peacock & Vereeke, P.C.
4245 N. Central Expressway
Suite 250
Dallas, TX 75205

    No. 15-41104    Timothy Martin v. Federal National
                             Mortgage Association
                             USDC No. 4:13-CV-387

Dear Mr. Peacock,

Please disregard the letter previously sent to you earlier today. Your brief electronically filed on November 18, 2015 is insufficient for the following reason:

Caption on the brief does not agree with the caption of the case in compliance with **Fed** R. A**pp**. P. 32(a)(2)(C). Your cover page reads "Appeal from the U.S. District Court **NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION**". This must be corrected to read "Appeal from the U.S. District Court **EASTERN DISTRICT OF TEXAS, SHERMAN DIVISION**."

Once you have prepared your sufficient brief, you must email it to: Rebecca_Leto@ca5.uscourts.gov for review. If the brief is in compliance, you will receive a notice of docket activity advising you that the sufficient brief has been filed.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: /s/ Rebecca L. Leto
                                        Rebecca L. Leto, Deputy Clerk
                                        504-310-7663

cc:  Ms. Elizabeth Gabrielle Bloch
      Mr. Richard A. Illmer
      Mr. David M. Vereeke